BTXN 106 (rev. 12/19)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Fehintola Enitan | § | Case No.:  26–31701–mvl7 |
| | § | Chapter No.:  7 |
| Debtor(s) | § | |

## ORDER GRANTING APPLICATION TO PAY FILING FEE IN INSTALLMENTS

The Court, after review of the Debtor's application and Court records hereby **GRANTS** his/her request to pay the filing fee in installments. It is, therefore

**ORDERED** that in addition to the **$50.00** paid with the filing of the petition (receipt #3001735), the Debtor(s) shall pay the **$288.00** balance of the filing fee in installments as follows:

> **$96.00** on or before **05/20/2026**
> **$96.00** on or before **06/18/2026**
> **$96.00** on or before **07/20/2026**
> **$** on or before

and it is further

**ORDERED** that all payments should be by money order or cashier's check and made payable to, "Clerk, U.S. Bankruptcy Court," and mailed or delivered to the U.S. Bankruptcy Office at

U.S. Bankruptcy Court
1100 Commerce Street
Room 1254
Dallas, TX 75242

and it is further

**ORDERED** that pursuant to Rule 1006 (b)(3), the filing fee must be paid in full before the Debtor or Chapter 13 Trustee may pay an attorney or other provider who renders services to the Debtor(s) in connection with this case; and it is further

**ORDERED** if any installments are not paid on or before the due date, this case shall be dismissed by the Court with prejudice for 180 days without further notice.

DATED:  4/21/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/K Floyd, Deputy Clerk