United States Bankruptcy Court

Northern District of Texas

In re:                                                                                          Case No. 26-31701-mvl

Fehintola Enitan                                                                     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0539-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 21, 2026 | Form ID: BTXN106 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Fehintola Enitan, 4003 Three Forks Rd, Kaufman, TX 75142-3237 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Areya Holder | trustee@holderlawpc.com  aha@trustesolutions.net;caha11@trustesolutions.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 2

BTXN 106 (rev. 12/19)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Fehintola Enitan § Case No.: 26−31701−mvl7
§ Chapter No.: 7
Debtor(s) §

## ORDER GRANTING APPLICATION TO PAY FILING FEE IN INSTALLMENTS

The Court, after review of the Debtor's application and Court records hereby **GRANTS** his/her request to pay the filing fee in installments. It is, therefore

**ORDERED** that in addition to the **$50.00** paid with the filing of the petition (receipt #3001735), the Debtor(s) shall pay the **$288.00** balance of the filing fee in installments as follows:

**$96.00** on or before **05/20/2026**
**$96.00** on or before **06/18/2026**
**$96.00** on or before **07/20/2026**
$ on or before

and it is further

**ORDERED** that all payments should be by money order or cashier's check and made payable to, "Clerk, U.S. Bankruptcy Court," and mailed or delivered to the U.S. Bankruptcy Office at

U.S. Bankruptcy Court
1100 Commerce Street
Room 1254
Dallas, TX 75242

and it is further

**ORDERED** that pursuant to Rule 1006 (b)(3), the filing fee must be paid in full before the Debtor or Chapter 13 Trustee may pay an attorney or other provider who renders services to the Debtor(s) in connection with this case; and it is further

**ORDERED** if any installments are not paid on or before the due date, this case shall be dismissed by the Court with prejudice for 180 days without further notice.

DATED: 4/21/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/K Floyd, Deputy Clerk