**FILED**

APR 2 4 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

United States Bankruptcy Court

Northern District of Texas

In re:  Fehintola Enitan

Case No.

Chapter   7

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____04/15/2026_____

/s/ Fehintola Enitan
Signature of Debtor

Signature of Joint Debtor