United States Bankruptcy Court

Northern District of Texas

In re:                                                                                    Case No. 26-31701-mvl

Fehintola Enitan                                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0539-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 24, 2026 | Form ID: BTXN027 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

**Recip ID                        Recipient Name and Address**
db                        #+  Fehintola Enitan, 4003 Three Forks Rd, Kaufman, TX 75142-3237

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026                        Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Areya Holder | trustee@holderlawpc.com  aha@trustesolutions.net;caha11@trustesolutions.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 2

BTXN 027 (rev. 06/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| In Re: | § | |
|---|---|---|
| Fehintola Enitan | § | Case No.:  26−31701−mvl7 |
| | § | Chapter No.:  7 |
| Debtor(s) | § | |

Dear Fehintola Enitan:

    The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

☐ Interim Report

☐ Trustee's Final Account

☐ Trustee's Final Report

☐ 341 Meeting Minute Sheet and Exempt Property Report

☐ Report of Trustee in No−Asset Case and Application for Closing

☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting

☑ Other: Amended Schedules, Statement of Financial Affairs, Statement of Intent, Statement of Current Monthly Income, Matrix Verification cover sheet for case number on each pleading from debtor. (RE: related document(s)[16] Form 121 Social Security Number verification [17] Amended Matrix Verification Cover Page for signature (RE: related document(s)[1] Voluntary petition (chapter 7))., [18] Schedules: A−B through J, with Summary of Assets and Liabilities with Declaration About an Individual Debtors Schedules, . (RE: related document(s)[9] Notice of deficiency)., [19] Statement of financial affairs for an individual . (RE: related document(s)[9] Notice of deficiency)., [20] Statement of intent. . [21] Chapter 7 Statement of Current Monthly Income Form 122A−1 . (RE: related document(s)[9] Notice of deficiency).) Responses due by 5/1/2026. (Gotay, Camille)

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 7 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED:  4/24/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Camille Alicia Gotay, Deputy Clerk
Camille_Gotay@txnb.uscourts.gov