## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:                                          §
                                                §
FEHINTOLA ENITAN                                §          CASE NO. 26-31701
                                                §          CHAPTER 7
DEBTOR                                          §

## NOTICE OF PRELIMINARY HEARING ON
## MOTION OF MERITRUST CREDIT UNION FOR
## RELIEF FROM AUTOMATIC STAY

TO:   Debtor, Debtor's Counsel and Other Parties in Interest:

Be advised that the Court has set Meritrust Credit Union's Motion for Relief From Automatic

Stay for preliminary hearing on June 2, 2026 at 1:30 p.m. via webex as follows:

**For WebEx Video Participation/Attendance**
Link: https://us-courts.webex.com/meet/larson

**For WebEx Telephonic Only Participation/Attendance**:
Dial-In: 1.650.479.3207
Access code: 2301 476 1957

Date: _____May 11_____, 2026.

                              Respectfully submitted,

                              RITCHESON, LAUFFER & VINCENT, P.C.
                              821 ESE Loop 323, Suite 530
                              Tyler, Texas  75701
                              TEL:  903/535-2900
                              FAX:  903/533-8646
                              charlesl@rllawfirm.net

                              By: _____
                                  CHARLES E. LAUFFER, JR.
                                  State Bar No. 11989400

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was mailed by United States mail, postage prepaid, to:

Fehintola Enitan
4003 Three Forks Road
Kaufman, TX  75142

Areya Holder
Law Office of Areya Holder, PC
PO BOX 2105
Addison, TX  75001-2105

U. S. Trustee
1100 Commerce St.
Room 976
Dallas, Texas 75242

on this the _____11th_____ day of _____May_____, 2026.

_____
CHARLES E. LAUFFER, JR.