Form ntcabuse

## UNITED STATES BANKRUPTCY COURT

Northern District of Texas

Case No.:  26–31701–mvl7
Chapter:  7
Judge:  Michelle V. Larson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Fehintola Enitan
4003 Three Forks Rd
Kaufman, TX 75142

Social Security / Individual Taxpayer ID No.:
xxx–xx–1780

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

The UST has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under 707(b). (Kippes, Meredyth)

Dated: 5/29/26

United States Trustee