United States Bankruptcy Court

Northern District of Texas

In re:

Fehintola Enitan

     Debtor

Case No. 26-31701-mvl

Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 29, 2026 | Form ID: ntcabuse | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Fehintola Enitan, 4003 Three Forks Rd, Kaufman, TX 75142-3237 |
| cr | + | Meritrust Credit Union, c/o Ritcheson, Lauffer & Vincent, PC, 821 ESE Loop 323, Suite 530, Tyler, TX 75701, UNITED STATES 75701-9779 |
| 23323725 | + | Edc/Esusu/Progress Res, 7500 N DOBSON RD STE 300, SCOTTSDALE, AZ 85256-2727 |
| 23323728 | + | Lower/Sb, 5950 SYMPHONY WOODS RD, COLUMBIA, MD 21044-3587 |
| 23323729 | + | Lower/Serv, 10420 HARRIS OAKS BLVD, CHARLOTTE, NC 28269-7517 |
| 23323732 | + | Servbank/Lower, LLC, 135 Maxess Road, Melville, NY 11747-3801 |
| 23323733 | + | United Equitable Mtg, 5495 Belt Line Rd Suite 20, Dallas, TX 75254-7683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23323723 | + | Email/Text: elida@commercialtrade.com | May 29 2026 22:09:00 | COMMERCIAL TRADE INC, PO BOX 10389, BAKERSFIELD, CA 93389-0389 |
| 23323719 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2026 22:22:13 | Capital One, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 23323720 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 22:33:34 | Citicards Cbna, 5800 SOUTH CORPORATE PLACE MAIL CODE 234, SIOUX FALLS, SD 57108-5027 |
| 23323722 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2026 22:10:00 | Comenity Bank/Lnbryant, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 23323724 | | Email/Text: mrdiscen@discover.com | May 29 2026 22:09:00 | Discover Card, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 23323727 | + | Email/Text: accountresearch@goodleap.com | May 29 2026 22:10:00 | GoodLeap, LLC, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 23352697 | + | Email/Text: bkrecovery@meritrust.org | May 29 2026 22:11:00 | Meritrust Credit Union, PO Box 75037, Wichita KS 67275-0037 |
| 23323730 | + | Email/Text: bkrecovery@meritrust.org | May 29 2026 22:11:00 | Meritrust Federal Cred, 151 N MAIN ST, WICHITA, KS 67202-1413 |
| 23323731 | | Email/Text: bankruptcy@nfm.com | May 29 2026 22:10:00 | Nebraska Furniture Mart, PO BOX 3456, OMAHA, NE 68103-0456 |
| 23323735 | ^ | MEBN | May 29 2026 22:07:39 | Velocity Investments, LLC, assignee of Lending, PO Box 788, Belmar, NJ 07719-0788 |

TOTAL: 10

District/off: 0539-3                          User: admin                                    Page 2 of 2
Date Rcvd: May 29, 2026                       Form ID: ntcabuse                              Total Noticed: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23323721 | | COM TRADE |
| 23323726 | | Eecu |
| 23323734 | *+ | United Equitable Mtg, 5495 BELT LINE RD STE 20, DALLAS, TX 75254-7683 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Areya Holder | trustee@holderlawpc.com  aha@trustesolutions.net;caha11@trustesolutions.net |
| Charles E. Lauffer, Jr. | on behalf of Creditor Meritrust Credit Union raeannr@rllawfirm.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3

Form ntcabuse

## UNITED STATES BANKRUPTCY COURT

Northern District of Texas

Case No.:  26–31701–mvl7
Chapter:  7
Judge:  Michelle V. Larson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Fehintola Enitan
4003 Three Forks Rd
Kaufman, TX 75142

Social Security / Individual Taxpayer ID No.:

xxx–xx–1780

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

The UST has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under 707(b). (Kippes, Meredyth)

Dated: 5/29/26

United States Trustee