

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

_Michelle V. Larson_
_____
**United States Bankruptcy Judge**

**Signed June 10, 2026**

_____

BTXN 081 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Fehintola Enitan | § | Case No.:  26–31701–mvl7 |
| | § | Chapter No.:  7 |
| Debtor(s) | § | |

## ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE IN INSTALLMENTS

The Debtor(s) was/were given notice that this case would be dismissed upon the failure to pay the required filing fee in installments as directed in the Order Granting Application to Pay Filing Fee in Installments. The Debtor(s) failed to adhere to that Order and $288.00 of the filing fee remains unpaid. It is therefore

**ORDERED** that this case is **DISMISSED**; and it is further

**ORDERED** that this order shall be deemed a bar to refiling for 180 days under 11 U.S.C. § 109(g)(1).

# # # End of Order # # #